SAMUEL B. COHEN                                    WWW.LAWYERSFORTHERESTOFUS.COM

_____

STECKLOW COHEN & THOMPSON              217 CENTRE ST. FL. 6
                                       NEW YORK, NY 10013
                                       T(212) 566-8000
                                       F(212) 202-4952
                                       SAM@SCTLAW.NYC

February 27, 2015

**VIA ECF**
Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    Request for Extension of Time To File Amended Complaint to Monday in <u>Stewart et al. v. City of New York et al.,</u> <u>14-cv-02854-RJD-RML</u>**

Dear Honorable Judge Levy:

    Please recall that my office represents the Plaintiffs in this case. I am writing the Court today to seek an extension of time to file the amended complaint in this case until Monday, March 2, 2015, because I am currently at home sick with a fever. Defendants' Counsel consents to this proposed extension.

    Thank you for your time and attention. To the extent that any further information or materials are necessary or desired, please do not hesitate to have your clerks contact us.

                                                    Respectfully Submitted,

                                                    ~//s//~
                                                    Samuel B. Cohen