SAMUEL B. COHEN                                   WWW.LAWYERSFORTHERESTOFUS.COM

_____

STECKLOW COHEN & THOMPSON          217 CENTRE ST. FL. 6
                                   NEW YORK, NY 10013
                                   T(212) 566-8000
                                   F(212) 202-4952
                                   SAM@SCTLAW.NYC

March 2, 2015

**VIA ECF**
Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    Request for Extension of Time To File Amended Complaint to Tuesday in Stewart et al. v. City of New York et al., 14-cv-02854-RJD-RML**

Dear Honorable Judge Levy:

      Please recall that my office represents the Plaintiffs in this case. I am writing the Court today to seek a second extension of time to file the amended complaint in this case until Tuesday, March 3, 2015, because I am still at home recovering from illness, although thankfully my fever has broken. Defendants' Counsel consents to this second proposed extension.

      Thank you for your time and attention. To the extent that any further information or materials are necessary or desired, please do not hesitate to have your clerks contact us.

Respectfully Submitted,

~//s//~
Samuel B. Cohen