IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

AMEIR STEWART, et al.,

                                                                                            Index#14CV2854(RJD)(RML)

                    PLAINTIFFS,

                -against-                                                         AFFIDAVIT
                                                                                 **OF SERVICE**

THE CITY OF NEW YORK, a municipal
entity, et al.,

                    DEFENDANTS.
-----------------------------------------------------------------

SHANE YOUNG, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age and resident in Brooklyn, New York.

2. On Thursday May 28, 2015, at approximately 11:00am, deponent served a true copy of the Summons and Complaint upon **Defendant New York City Police Sergeant Cornelius Buckley** by delivering the same to **Defendant New York City Police Sergeant Cornelius Buckley's** actual place of business, the NYPD 121st Precinct, located at 970 Richmond Avenue, Staten Island, NY 10314 and by leaving same with PAA Joan Rice, who is a person of suitable age and discretion. PAA Joan Rice, who received the documents, was a Blonde Caucasian female who appeared to be in her mid-forties, and provided ID #348438 as her department identifier.

3. In addition, on May 28, 2015, I caused to be mailed a true and correct copy of the summons and complaint to **Defendant New York City Police Sergeant Cornelius Buckley**, at **Defendant New York City Police Sergeant Cornelius Buckley's** actual place of business, the NYPD 121st Precinct, located at 970 Richmond Avenue, Staten Island, NY 10314, by placing same in a post-office or official depository of the U.S. Postal Service within the State of New York.

4. The summons and complaint was mailed via first class mail in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL," with no external indication that it contained legal process or originated from a law office.

                                                                                    _____
                                                                                     Shane Young

Sworn to before me this
28th day of May, 2015

_____
NOTARY PUBLIC

WYLIE M. STECKLOW, ESQ.
Notary Public, State of New York
Qualified in New York County
No. 02ST5063370
My Commission Expires July 22, 20___