

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Elissa B. Jacobs
*Special Federal Litigation*
(212) 356-3540
(212) 788-9776 (fax)
ejacobs@law.nyc.gov

July 12, 2016

**By ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Ameir Stewart, et al. v. City of New York, et al.,
      1:14-cv-02854-RJD-RML

Your Honor:

  I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of The City of New York, representing the defendants in this action. I am writing to provide a status update to the Court on the above-captioned case. Following the last conference, the parties were able to resolve their dispute regarding the joint Rule 68 Offer. Defendants issued a second Rule 68, which was accepted by all three plaintiffs yesterday, July 11, 2016. This acceptance resolves the issue of liability in this case. The parties are in the process of determining whether we will be able to settle the issue of reasonable attorney's fees in this case.

  I thank the Court for its assistance which has helped the parties reach this resolution.

               Respectfully submitted,

               /s

               Elissa B. Jacobs

cc: David Thompson Esq.  **By ECF**
   *Attorney for Plaintiffs*