| | |
|---|---|
| **WYLIE M. STECKLOW** | WWW.LAWYERSFORTHERESTOFUS.COM |
| **STECKLOW & THOMPSON** | 217 CENTRE ST. FL. 6 |
| | NEW YORK, NY 10013 |
| | T(212) 566-8000 |
| | F(212) 202-4952 |
| | WYLIE@SCTLAW.COM |

August 16, 2016

**VIA ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Matter: <u>Stewart et al. v. City of New York, et al.</u>
     Index #: 14cv2854 (RJD) (RML)

Dear Honorable Judge Levy:

  Please recall that my office represents the Plaintiffs in the above-referred action. I write today due to the sole unresolved issue of this matter, attorney fees. On July 11, 2016, this matter settled pursuant to a Rule 68 offer of judgment. On July 13, a copy of the relevant time sheets and hours were delivered to the City Law Department for review. More than one month has passed, and to date, there has been no offer to resolve the fee dispute, and very little discussion of the fees submitted. While counsel for the parties are amicable and have had a few conversations since July 13, 2016, with no authority to make an offer on the fees demanded, there has been very little to discuss. This case that began in 2013, involved multiple plaintiffs, motion practice, investigations, a dozen or so CCRB audiotapes and many depositions.

  Plaintiff respectfully requests a date for a pre-motion conference or in the alternative, a court settlement conference regarding the fee dispute in an attempt to avoid unnecessary, additional motion practice.

                 Respectfully Submitted,

                 ~//s//~

                 Wylie Stecklow